| Filer's Name, Address, Phone, Fax, Email: |  |
|---|---|
| ANDREW D. STEWART 7810<br>SHOWA LAW OFFICE LLLC<br>735 BISHOP STREET<br>SUITE 318<br>HONOLULU, HAWAII 96813<br>TEL. (808) 772-9297  FAX (866) 772-9407<br>EMAIL: showalaw@hawaii-bengoshi.com | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |

H9073-1 (11/2021)

| Debtor: | DEVOHN ASHLEY DETWILER | Case No.: | **21-90015** |
|---|---|---|---|
| Joint Debtor:<br>(if any) | | Chapter: | **7** |

*[If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]*

| Plaintiff(s): | CHELSEA CRESPO | Adversary Proceeding No.:<br>(if applicable) |
|---|---|---|
| vs. | | |
| Defendant(s): | DEVOHN ASHLEY DETWILER | **20-00612** |

| **NOTICE OF HEARING**<br>Courtroom – 1132 Bishop Street, Honolulu, Hawaii | Hearing Date: January 28, 2022<br>Time: 10:00 a.m. |
|---|---|
| | Objections Due: January 14, 2022 |

| Matter being heard: | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNT OF THE FIRST AMENDED ADVERSARY COMPLAINT | Related Dkt No.: |
|---|---|---|
| Moving Party: | CHELSEA CRESPO | |

**NOTICE IS HEREBY GIVEN** that this matter is set for hearing at the date and time above. The relief being requested consists of the following. *[Briefly describe the relief sought, including pertinent details.]*

The hearing in this matter will be held remotely.

For hearings before December 1, 2021: Call 1 (866) 390-1828, Access Code: 3287676.
For hearings after December 1, 2021: Join the meeting at Zoomgov.com with computer audio or by phone at (833) 568-8864 (toll-free). Meeting ID: 161 789 3766, Passcode 1132.

<u>**Your rights may be affected.**</u> You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file a statement explaining your position not later than the date below.

**Date response due** [enter specific date, and how calculated using the relevant statute, federal or local rule, or order shortening time, e.g. *X days before hearing or X days after* __14 DAYS__ .]:

_____JANUARY 14, 2022_____   How calculated: January 28 - 14 days
Date
per LBR 9013-1(C)

Statements must be filed with the court at:

> United States Bankruptcy Court
> District of Hawaii
> 1132 Bishop Street, Suite 250
> Honolulu, HI 96813

If you mail your response to the court, you must mail it early enough so the court will **receive** it on or before the deadline stated above. The court may disregard any response filed untimely.

You must also mail or transmit a copy to the moving party at:

> Responses to be sent to:
> ANDREW D STEWART
> SHOWA LAW OFFICE, LLLC
> 735 BISHOP STREET, SUITE 318
> HONOLULU, HAWAII 96813
> TEL (808) 772-9297 FAX (866) 772-9407
> EMAIL: showalaw@hawaii-bengoshi.com

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or application and may enter an order granting that relief.

If no objection to the relief being sought is filed by the deadline stated above, the court may cancel the hearing (although certain types of motions will remain on the court's calendar). If the hearing is canceled, the court may grant the relief if the moving party promptly files a declaration and request for entry of an order [local form hib_9021-1]. If the moving party wishes to proceed with a hearing in the absence of an objection, the moving party should file a request for the matter to remain on calendar [local form hib_9013-1c3].

Dated: __11/26/2021__   /s/ __ANDREW DAISUKE STEWART__
for Movant   (Print name also if original signature)