DEVOHN ASHLEY DETWILER
94-056 Nawaaakoa Street
Waipahu, HI 96797
Phone: (808) 827-6390

Defendant Pro Se

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2022 JAN 14 P 1: 16

UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>DEVOHN ASHLEY DETWILER,<br><br>Debtor. | Case No. 20-00612<br>(Chapter 7) |
| CHELSEA CRESPO.<br><br>Plaintiff,<br><br>vs.<br><br>DEVOHN ASHLEY DETWILER,<br><br>Defendant. | Adv. No. 21-90015<br><br>DEFENDANT DEVOHN ASHLEY DETWILER'S SEPARATE CONCISE STATEMENT IN SUPPORT OF THE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNT I OF THE FIRST AMENDED COMPLAINT FILED ON NOVEMBER 26, 2021<br><br>Date: January 28, 2022<br>Time: 10:00 a.m.<br>Judge: Hon. Robert J. Faris<br><br>Related Document No. 11 |

# DEFENDANT DEVOHN ASHLEY DETWILER'S
## SEPARATE CONCISE STATEMENT IN SUPPORT
## OF THE OPPOSITION TO PLAINTIFF'S MOTION FOR
## SUMMARY JUDGMENT ON COUNT I OF THE FIRST
## <u>AMENDED COMPLAINT FILED ON NOVEMBER 26, 2021</u>

Defendant DEVOHN ASHLEY DETWILER submits this Separate Concise Statement in Support of the Opposition to Plaintiff's Motion for Summary Judgment on Complaint filed on November 26, 2021.

This statement is filed pursuant to LBR 7056-1 and LR56.1. The material facts as to which no genuine dispute exists are set forth below:

| No. | Undisputed Material Facts | Citation |
|-----|---------------------------|----------|
| 1 | On May 28, 2020, the Defendant filed a voluntary petition commencing a Chapter 7 bankruptcy case. | In re DEVOHN ASHLEY DETWILER, Case No. 20-00612 ("Bankruptcy Case"), Dkt. No. 1 |
| 2 | By order entered on September 4, 2020, the Defendant received a discharge from her debts. | Bankruptcy Case, Dkt. No. 9 |
| 3 | On December 20, 2020, Plaintiff filed a complaint against Defendant in the Circuit Court of the First Circuit ("First Circuit Court"). | Plaintiff's Exhibit "A" |

| No. | Undisputed Material Facts | Citation |
|---|---|---|
| 4 | In her complaint filed in First Circuit Court, Plaintiff alleges claims for negligence, gross negligence, assault, battery, negligent infliction of emotional distress, and intentional infliction of emotional distress. | Plaintiff's Exhibit "A". |
| 5 | Plaintiff's claims arose from a traffic accident that occurred on December 12, 2018 | Plaintiff's Exhibit "A". |
| 6 | Defendant was operating a motor vehicle when she struck the Plaintiff when Plaintiff was crossing a street in the crosswalk. | Plaintiff's Exhibit "A". |
| 7 | On December 21, 2018, the Defendant was charged with two counts of attempted assault in the first decree unnder HRS Sections 705-500 and 707-710. | Plaintiff's Exhibit"B". |

| No. | Undisputed Material Facts | Citation |
|-----|---------------------------|----------|
| 8 | On April 23, 2019, the Defendant entered a guilty plea to the two charges of attempted assault. | Plaintiff's Exhibit "C" |
| 9 | On July 3, 2019, the First Circuit Court entered a judgment of conviction and probation sentence against the Defendant. | Plaintiff's Exhibit "D" |
| | | |

Dated: Honolulu, Hawaii, January 14, 2022.

DEVOHN ASHLEY DETWILER